# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE RAISIN CORPORATION, et al.,<br><br>Defendants. | Case No. 1:21-cv-01424-JLT-HBK<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AS TO DEFENDANT SUNSHINE RAISIN CORPORATION AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 72)<br><br>**SIXTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on December 11, 2023, at which the Plaintiff reached a settlement with Defendant Sunshine Raisin Corporation, doing business as National Raisin Company, only. Plaintiff did not reach settlement with Defendant Real Time Staffing Services, LLC, doing business as Select Staffing. The Court shall order dispositional documents as to the settling parties, and vacate all deadlines and obligations as to the settling Defendant.

Based upon the settlement of the claims between Plaintiff and Defendant Sunshine Raisin Corporation, doing business as National Raisin Company, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action **only as to** Defendant Sunshine Raisin Corporation, doing business as National Raisin Company, are VACATED;

2. All dates and deadlines as to Defendant Real Time Staffing Services, LLC, doing

business as Select Staffing, **shall remain set**; and

3. Plaintiff and Defendant Sunshine Raisin Corporation, doing business as National Raisin Company, shall file dispositional documents within **sixty (60)** days of entry of this order.

IT IS SO ORDERED.

Dated: __**December 12, 2023**__

UNITED STATES MAGISTRATE JUDGE