UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE RAISIN CORP. dba National Raisin Co.; and REAL TIME STAFFING SERVICES LLC dba Select Staffing,<br><br>Defendants. | Case No.  1:21-cv-01424-JLT-HBK<br><br>ORDER CONTINUING STAY<br><br>(Doc. No. 88) |

Pending before the Court is Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Real Time Staffing Services LLC dba Select Staffing's joint request to continue a stay of these proceedings until June 5, 2024 to afford the Parties additional time to continue settlement discussions and finalize a proposed consent decree.  (*Id*. at 2).

The Court finds in its discretion that a further stay of this action is appropriate.

Accordingly, it is **ORDERED**:

1. The Parties' joint motion to extend the deadline for filing a consent decree (Doc. No. 88) is GRANTED to the extent that this action will remain STAYED until June 5, 2024 as to Plaintiff EEOC and Defendant Real Time Staffing Services, LLC dba Select Staffing.

2. **No later than June 5, 2024**, the Parties shall file a proposed consent decree or a joint status report regarding settlement negotiations.

Dated: May 6, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE