UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE RAISIN CORP. dba National Raisin Co.; and REAL TIME STAFFING SERVICES LLC dba Select Staffing,<br><br>Defendants. | Case No.  1:21-cv-01424-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STAY AND EXTEND DEADLINE TO FILE CONSENT DECREE<br><br>(Doc. No. 90) |

On June 5, 2024, Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Real Time Staffing Services LLC dba Select Staffing ("Select Staffing") ("Defendant") (collectively, "the Parties") filed their Joint Motion to Extend the Deadline to File the Consent Decree. (Doc. No. 90).  The Parties request the Court continue the stay of these proceedings until June 27, 2024 to afford the Parties additional time to continue settlement discussions and file a proposed consent decree. Id.   The Court finds in its discretion that a further stay of this action is appropriate.

////

////

Accordingly, it is ORDERED:

1. The Parties' joint request incorporated in the Parties' Joint Motion to Extend the Deadline to File a Consent Decree (Doc. No. 90) is GRANTED to the extent that this action will remain STAYED until June 27, 2024 as to Plaintiff the U.S. Equal Employment Opportunity Commission and Defendant Real Time Staffing Services, LLC dba Select Staffing.

2. **No later than June 27, 2024**, the Parties shall file a proposed consent decree or a joint status report regarding settlement negotiations.

Dated:  June 6, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE