# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUNSHINE RAISIN CORP. dba National Raisin Co.; and REAL TIME STAFFING SERVICES LLC dba Select Staffing,<br><br>Defendants. | Case No. 1:21-cv-01424-JLT-HBK<br><br>ORDER DIRECTING CLERK TO CLOSE CASE<br><br>COURT TO RETAIN JURISDICTION TO ENFORCE CONSENT DECREES |

On March 12, 2024, the district court approved Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Sunshine Raisin Corporation, doing business as National Raisin Company ("National Raisin") Consent Decree to fully and finally resolve Plaintiff's complaint against Defendant National Raisin. (Doc. No. 87). Pursuant to the March 12, 2024 Order, the court "shall retain jurisdiction over this action for the duration of the Decree for the purposes of entering all orders, judgments, and decrees that may be necessary to fully implement the relief provided" therein. (*Id*. at 4:1-3).

On July 24, 2024, the district court approved the EEOC and Defendant Real Time Staffing Services LLC dba Select Staffing ("Select Staffing") Consent Decree to fully and finally resolve Plaintiff's complaint against Defendant Select Staffing. (Doc. No. 95). Pursuant to the July 24, 2024 Order, the court "shall retain jurisdiction over this action for the duration of the Decree for

1  the purposes of entering all orders, judgments and decrees that may be necessary to fully
2  implement the relief provided" therein.  (*Id*. at 3:20-22).
3      Considering the district court's approval of the respective Consent Decrees, this matter is
4  completely disposed of and entry of judgment by the Clerk of Court is appropriate pursuant to
5  Federal Rule of Civil Procedure 58(b)(2)(B).  *See United States for use of Tri–City Elec. Co. of*
6  *Iowa v. Alacran/O & SJV, LLC*, No. 4:11CV04109-SLD-JEH, 2014 WL 5473138, at *2 n. 2
7  (C.D. Ill. Oct. 29, 2014).  As specifically provided by the Court's March 12, 2024 and July 24,
8  2024 Orders, the Court retains ancillary jurisdiction for purposes of enforcing the relief provided
9  in the respective Consent Decrees.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S.
10 375, 380-82(1994).
11     ACCORDINGLY, the Clerk of Court shall enter judgment in favor of Plaintiff pursuant to
12 the district court's approval of the Consent Decrees, terminate all pending deadlines, CLOSE this
13 action, and note the Court retains ancillary jurisdiction to enforce the respective Consent Decrees.

Dated:    August 28, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2