# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | **JUDGMENT IN A CIVIL CASE** |
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| | CASE NO: **1:21–CV–01424–JLT–HBK** |
| v. | |
| **SUNSHINE RAISIN CORPORATION, ET AL.,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/28/2024

 

**Keith Holland**
Clerk of Court

ENTERED: **August 28, 2024**

by: /s/ C. Maldonado
Deputy Clerk